UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

LONGRANGE FURNITURE CO LTD, )
                                                )     2:11-CV-01601-PMP-GWF
      Plaintiff,          )     **ORDER**

vs.

ARCHITECTURAL RESOURCE TEAM LLC, et al.,

      Defendants.

      Plaintiff having failed to file a timely response to Defendants' Motion to Dismiss (Doc. #21), and it further appearing that Defendants are entitled to the relief requested on the merits,

      **IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. #21) is **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff.

      DATED: April 16, 2012.

_____
PHILIP M. PRO
United States District Judge